UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SEAN FLYNN, DEAN KARLAN, and :
JONATHAN MORDUCH, individually and on :
behalf of all others similarly situated, : 21 Civ. 614 (LGS)
:
                          Plaintiffs, : **ORDER**
:
           -against- :
:
MCGRAW HILL LLC, :
                        Defendants. :
------------------------------------------------------------ X
LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs, on behalf of themselves and all others similarly situated, filed a complaint alleging breach of contract claims against Defendant. Dkt. No. 1. It is hereby

      **ORDERED** that, by **February 3, 2021**, Plaintiffs shall file a letter apprising the Court of the precise basis for subject matter jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2), stating the relevant facts (including the "citizenship" of all relevant parties), citing applicable sections of 28 U.S.C. § 1332(d), and addressing whether a limited liability company is an "unincorporated association" pursuant to subsection 10.

Dated: January 27, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE