**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEAN FLYNN, DEAN KARLAN, and JONATHAN MORDUCH, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

MCGRAW HILL LLC,

Defendant.

Civil Action No. 1:21-cv-614-LGS

DAVID MYERS and JEAN TWENGE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

MCGRAW-HILL EDUCATION, INC.,

Defendant.

Civil Action No. 1:21-cv-1141-LGS

**[PROPOSED] ORDER**

Having reviewed the unopposed request by Plaintiffs Sean Flynn, Dean Karlan, Jonathan Morduch, David Myers, and Jean Twenge, on behalf of themselves and other similarly situated authors (collectively, "Plaintiffs") to consolidate the above-captioned actions and to appoint Grant & Eisenhofer PA and Susman Godfrey LLC as interim co-lead counsel,

**IT IS HEREBY ORDERED THAT**:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the related actions shall be consolidated, and such consolidation shall apply to any related actions subsequently filed in or transferred to this Court.

2. Pursuant to Federal Rule of Civil Procedure 23(g), Proposed Interim Co-Lead Class Counsel have satisfied the requirements of Federal Rule of Civil Procedure 23(g)(1)(A), and shall be appointed Interim Co-Lead Class Counsel under Federal Rule of Civil Procedure 23(g)(3).

3. Proposed Interim Co-Lead Class Counsel shall be generally responsible for coordinating activities during pretrial proceedings and shall:

   a. Determine and present (in briefs, oral argument, or other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs and proposed class(es) on all matters arising during pretrial proceedings;

   b. Coordinate the conduct of discovery on behalf of Plaintiffs and the proposed class(es) consistent with the requirements of Federal Rule of Civil Procedure 26, including preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

   c. Conduct settlement negotiations on behalf of Plaintiffs and the proposed class(es);

   d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation; and

   e. Perform such other duties as may be incidental to the proper coordination of pretrial activities or authorized by future order of the Court.

4. The appointment of Interim Co-Lead Class Counsel shall apply to each pending related action, as well as any related action subsequently filed in or transferred to this Court.

5. Proposed Interim Co-Lead Class Counsel will file a Consolidated Class Action Complaint within 14 days after entry of this order.

6. Within 60 days after Plaintiffs' file the Consolidated Class Action Complaint, Defendant McGraw Hill shall answer or otherwise respond.

7. The initial pre-trial conference scheduled for April 1, 2021 is hereby adjourned and rescheduled for April 22, 2021, at 10:40 a.m.________.

The initial pretrial conference will be telephonic and will occur on the following conference line: 888-363-4749, 5583333. The time of the conference is approximate but the parties shall be prepared to begin at the scheduled time. By **April 15, 2021**, the parties shall submit the proposed case management plan and joint letter described in the Court's order at Docket No. 6.

So Ordered.

Dated: March 5, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE