UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021
```

| | |
|---|---|
| SEAN FLYNN, et al., | |
|        Plaintiffs, | 21-CV-614 (LGS) (BCM) |
| -against- | |
| McGRAW HILL LLC, | |
|        Defendant. | |
| DAVID MYERS, et al., | 21-CV-1141 (LGS) (BCM) |
|        Plaintiffs, | **SEALING ORDER** |
| -against- | |
| McGRAW HILL EDUCATION, INC., | |
|        Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

On October 14, 2021, when filing a discovery letter brief addressed to Judge Moses (Dkt. No. 68), plaintiffs redacted portions of the deposition transcript appended thereto (Dkt. No. 68-1), along with portions of the letter itself referring to the deposition testimony. (Dkt. No. 68.)[1] Separately, plaintiffs filed a letter-motion formally requesting that the unredacted version of the deposition transcript and the unredacted version of the letter remain under seal (Dkt. No. 66), explaining that they were doing so prophylactically because the deposition transcript was designated "confidential" or "highly confidential" by defendants during discovery.

Defendants did not respond to the sealing request within the period allotted therefor. (*See* Moses Ind. Prac. § 3(e)) and have made no showing, at any time, that continued sealing or redaction is required. Consequently, it is hereby ORDERED that Dkt. No. 68 (including its exhibit at Dkt. No. 68-1) will be electronically unsealed on **October 25, 2021**.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 66 in

---

[1] All docket numbers refer to the electronic docket in Case No. 21-CV-614 unless otherwise specified.

Case No. 21-CV-614.

Dated:  New York, New York
        October 21, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**