UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SEAN FLYNN, DEAN KARLAN, JONATHAN :
MORDUCH, DAVID MYERS and JEAN :
TWENGE, individually and on behalf of all : 21 Civ. 614 (LGS),
others similarly situated, : 21 Civ. 1141 (LGS)
:
Plaintiffs, : **ORDER**
:
-against- :
:
MCGRAW HILL LLC, et al. :
Defendants. X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 5, 2021, the Court issued an Order granting the parties' motion to consolidate the cases for all purposes. (Dkt. No. 11.)

WHEREAS, on March 22, 2021, Plaintiffs filed an Amended Consolidated Class Action Complaint. (Dkt. No. 13.) It is hereby

**ORDERED** that all further filings shall be made under Flynn, et al., v. McGraw Hill LLC, et al., No. 21 Civ. 614.

The Clerk of Court is respectfully directed to close Myers, et al., v. McGraw Hill LLC, No. 21 Civ. 1141.

Dated: October 22, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**