**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

August 16, 2022

**By ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED.  Defendants shall file their renewed motion to seal by **September 12, 2022**.

Dated: August 16, 2022
New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *Flynn et al. v. McGraw Hill LLC*, 21-CV-614-LGS
      *Myers et al. v. McGraw Hill Education, Inc.*, 21-CV-1141-LGS
      <u>Letter Requesting Extension of Deadline to File a Renewed Motion to Seal</u>

Dear Judge Schofield:

    In accordance with Your Honor's Individual Rule I.B.2, we write on behalf of Defendants McGraw Hill LLC and McGraw Hill Education, Inc. (together, "McGraw Hill") to request a brief extension of its deadline to file a renewed motion to seal pursuant to the Court's August 15, 2022 Order (Dkt. No. 126).  The deadline for a renewed motion is currently September 2, 2022.  In light of the Labor Day holiday and previously-scheduled vacations, we request an extension until September 12, 2022.

    This is the first request for an extension of this deadline and it does not affect any other scheduled dates.  Plaintiffs consent to this request.

                            Respectfully submitted,

                            **PATTERSON BELKNAP WEBB & TYLER LLP**

                            <u>*/s/ Saul B. Shapiro*</u>
                            Saul B. Shapiro
                            Stephanie Teplin
                            1133 Avenue of the Americas
                            New York, NY 10036
                            Tel.: (212) 336-2163
                            Fax: (212) 336-2396
                            sbshapiro@pbwt.com
                            steplin@pbwt.com

13847106

August 16, 2022
Page 2

*Attorneys for Defendants McGraw Hill LLC and McGraw Hill Education, Inc.*

cc:   All counsel of record (via ECF)

13847106