UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN FLYNN, DEAN KARLAN, JONATHAN MORDUCH, DAVID MYERS and JEAN TWENGE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MCGRAW HILL LLC and<br>MCGRAW HILL EDUCATION, INC.,<br><br>　　　　　　　Defendants. | Civ. No. 1:21-cv-0614-LGS<br>Civ. No. 1:21-cv-1141-LGS |

### ~~[PROPOSED]~~ FINAL JUDGMENT

On January 11, 2022, this Court dismissed Plaintiffs' breach of contract claim, set forth in Count 1 of Plaintiffs' Amended Consolidated Class Action Complaint filed March 22, 2021. On September 23, 2022, Plaintiffs, with Defendants' consent, voluntarily dismissed with prejudice their claim for breach of the implied covenant of good faith and fair dealing, set forth in Count 2 of their Amended Consolidated Class Action Complaint.  In doing so, Plaintiffs reserved their right to appeal this Court's Orders set forth in Docket Nos. 83 and 115 insofar as they pertain to Plaintiffs' breach of contract claim.

As all claims in this Action have been dismissed, IT IS HEREBY ORDERED AND ADJUDGED that:

1.　This Action is dismissed in its entirety.

2.　The Court directs immediate entry of this Final Judgment by the Clerk of the Court. So Ordered.

Dated: September 27, 2022
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE