UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAN FLYNN, et al.,
                    Plaintiffs,

          -against-

MCGRAW HILL LLC, et al.,
                    Defendants.
------------------------------------------------------------X

21 Civ. 614 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on November 6, 2024, the Court of Appeals vacated this Court's dismissal of Plaintiff's claims for breach of contract and remanded the case for further proceedings. It is hereby

    **ORDERED** that, by **November 26, 2024**, the parties shall file a joint letter proposing next steps.

Dated: November 18, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE