```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FLYNN, et al.,

      Plaintiffs,

-against-

MCGRAW HILL LLC, et al.,

      Defendants.

21-CV-614 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a case management conference on **December 12, 2024, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    At the conference, the parties should be prepared to discuss what Phase I fact discovery remains to be done other than "refreshed discovery responses." Additionally, with respect to both (a) plaintiffs' contemplated motion for class certification and (b) defendants' contemplated motion for summary judgment, they should be prepared to discuss:

1. What, if any, Phase II fact discovery is required before the motion can be made and briefed.

2. What, if any, expert discovery is required before the motion can be made and briefed; and

Dated: New York, New York
       December 6, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**