USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FLYNN, et al.,

        Plaintiffs,

-against-

MCGRAW HILL LLC, et al.,

        Defendants.

21-CV-614 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's conference, the Court adopts the following case management and scheduling order to govern post-remand discovery in this action:

1. <u>Fact Discovery</u>. All remaining fact discovery required for either class certification or summary judgment must be completed no later than **April 30, 2025**. Discovery previously designated "Stage Two" (that is, fact discovery regarding individual putative class members) may now proceed, to the extent reasonably required in advance of either plaintiffs' anticipated class certification motion or defendants' anticipated summary judgment motion.

2. <u>Expert Discovery</u>. Disclosure of expert evidence offered for the purpose of pursuing or opposing class certification, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **February 3, 2025**. Disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **March 4, 2025**. Deposition of the disclosed experts must be completed no later than **April 30, 2025**.

3. <u>Status Conference</u>. Judge Moses will hold a status conference on **February 11, 2025, at 11:00 a.m**. No later than **February 7, 2025**, the parties shall submit a joint status letter outlining the progress of discovery to date; identifying any discovery disputes not previously raised by letter-motion in accordance with Local Civ. R. 37.2 and Moses Ind. Prac. § 2(b); and advising the Court whether any party believes that expert discovery is required for any purpose other than class certification. The parties should also advise the Court whether settlement efforts are ongoing, and whether the Court can assist those efforts.

Dated: New York, New York
       December 12, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**