

February 12, 2025

**By ECF**

Joshua Kipnees
Partner
(212) 336-2838
jkipnees@pbwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2025

**MEMO ENDORSED**

Hon. Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Flynn v. McGraw Hill LLC*, No. 21-cv-614 (LGS) (BCM)
[Consolidated with No. 21-cv-1141]

Dear Judge Moses:

We write on behalf of Defendants McGraw Hill LLC and McGraw Hill Education, Inc. (together, "McGraw Hill") in response to the Court's order dated February 11, 2025 (ECF No. 165).

In its order, the Court stated that if McGraw Hill "wish[es] to take a position as to the sealing of plaintiffs' Exhibit 8 (Dkt. 163-2) . . . [it] must do so no later than February 12, 2025." *Id.* McGraw Hill does not object to Plaintiffs' Exhibit 8 being unsealed.

Respectfully submitted,

*/s/ Joshua Kipnees*

Joshua Kipnees

cc: All counsel of record (via ECF)

---

The Court will unseal plaintiff's Exhibit 8 at Dkt. 163-2. The Clerk of Court is respectfully directed to close the motion at Dkt. 162. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
February 13, 2025