UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FLYNN et al.,                                               :
                                  Plaintiffs,               :
                                                            :     21 Civ. 614 (LGS)
       -against-                                            :
                                                            :     ORDER
MCGRAW HILL LLC,                                            :
                                  Defendant.                :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, a pre-motion conference regarding the Defendant's proposed motion for summary judgment was held in this action on August 12, 2025. As discussed at the conference, it is hereby

   **ORDERED** that, by **October 17, 2025**, the parties shall file a joint letter regarding the status of settlement discussions. If settlement discussions have been unsuccessful, the letter shall propose a briefing schedule for Defendant's motion for summary judgment. A referral to Magistrate Judge Barbara Moses for settlement will issue separately.

Dated: August 13, 2025
       New York, New York

                                         _____
                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**