## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | ONE MANHATTAN WEST |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | NEW YORK, NEW YORK 10001-8602 |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | (212) 336-8330 |
| (713) 651-9366 | (310) 789-3100 | |

ALEX AIKEN
DIRECT DIAL (206) 505-3813

E-MAIL AAiken@SUSMANGODFREY.COM

July 16, 2025

**By ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:     *Flynn v. McGraw Hill LLC*, No. 21-cv-614-LGS (S.D.N.Y) [Consolidated with No. 21-cv-1141-LGS] – Request to File Under Seal**

Dear Judge Schofield:

Pursuant to Section I.D. of Your Honor's Individual Practices and Paragraph 17 of the Stipulated Protective Order (ECF No. 48), Plaintiffs respectfully seek leave to file under seal their letter responding to McGraw Hill's letter-motion requesting a pre-motion conference to seek permission to move for summary judgment. Plaintiffs' response quotes documents and deposition testimony McGraw Hill has designated "confidential" or "highly confidential" under the Stipulated Protective Order. Plaintiffs will file an unredacted version via ECF using the "Selected Parties" viewing level and a redacted version publicly. Plaintiffs take no position as to whether redactions or sealing are appropriate.

Respectfully,

Alexander W. Aiken

Application **DENIED.**  A three-part inquiry determines whether to seal a document.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  At the first and second steps, Plaintiffs' response to Defendants' pre-motion letter is a judicial document to which the presumption of public access attaches.  At the third step, the parties' confidentiality designations are insufficient to justify sealing of a judicial document.  *Id.* at 126.  Because neither party asserts a privacy interest separate from the parties' confidentiality designations, sealing is unjustified here.  The Clerk of Court is respectfully directed to lift the seal on Dkt. 177 and to terminate the motion at Dkt. 176.

Dated: December 9, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Cc:     All attorneys of record, via ECF