**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEAN FLYNN, DEAN KARLAN, JONATHAN MORDUCH, DAVID MYERS and JEAN TWENGE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MCGRAW HILL LLC and MCGRAW HILL EDUCATION, INC.,

Defendants.

Civ. No. 1:21-cv-0614-LGS
Civ. No. 1:21-cv-1141-LGS

**DECLARATION OF SAUL B. SHAPIRO**

I, Saul B. Shapiro, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Patterson Belknap Webb & Tyler LLP, counsel for Defendants McGraw Hill LLC and McGraw Hill Education, Inc. (collectively, "McGraw Hill") in the above-captioned matter.

2. I submit this declaration in support of McGraw Hill's motion for summary judgment. This declaration is based upon my personal knowledge and, if called upon, I could and would testify competently to the truth of the statements herein.

3. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts of the publishing agreement and amendments thereto between Plaintiff Sean Flynn and a McGraw Hill entity relating to the title *Economics: Principles, Problems, and Policies*.

4. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of the publishing agreement and amendments thereto between Plaintiffs Dean Karlan and Jonathan Morduch and a McGraw Hill entity relating to the title *Principles of Economics*.

5. Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts of the publishing agreement and amendments thereto between Plaintiffs David Myers and Jean Twenge and a McGraw Hill entity relating to the title *Social Psychology*.

6. Attached to this declaration as **Exhibit 4** is a true and correct copy of excerpts of the agreement and amendments thereto between Plaintiffs David Myers and Jean Twenge and a McGraw Hill entity relating to the title *Exploring Social Psychology*.

7. Attached to this declaration as **Exhibit 5** is a true and correct copy of a screenshot, created on October 22, 2021, of McGraw Hill's sale webpage for Karlan and Morduch's *Economics* textbook with the "Print/Ebook" tab of the "Purchase Options" selected. This screenshot was marked as Exhibit 14 at the November 16, 2021 Deposition of Dean Karlan.

8. Attached to this declaration as **Exhibit 6** is a true and correct copy of a screenshot, created on October 22, 2021, of McGraw Hill's sale webpage for Karlan and Morduch's *Economics* textbook with the "Digital" tab of the "Purchase Options" selected. This screenshot was marked as Exhibit 15 at the November 16, 2021 Deposition of Dean Karlan.

9. Attached to this declaration as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the October 8, 2021 Deposition of Stephen Wroblewski, the Director of McGraw Hill's Royalty Operations as of the time of the Deposition. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

10. Attached to this declaration as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the November 5, 2021 Deposition of Timothy Vertovec, the Vice President of the Portfolio for Business, Economics, and Computing in McGraw Hill's Higher Education Division as of the time of the Deposition. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

11. Attached to this declaration as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the June 17, 2025 Deposition of Nathan Olson, Senior Vice President of McGraw Hill's Digital Platform Group Operations as of the time of the Deposition. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

12. Attached to this declaration as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the June 6, 2025 Deposition of Jennifer Gutierrez, a Finance Business Manager at McGraw Hill as of the time of the Deposition. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

13. Attached to this declaration as **Exhibit 11** is a true and correct copy of an excerpt of the March 4, 2025 Rebuttal Expert Report of Keith R. Ugone, Ph.D, as well as Exhibit 7 to Dr. Ugone's Report. An electronic, text-searchable courtesy copy of Dr. Ugone's entire Report, including exhibits, will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

14. Attached to this declaration as **Exhibit 12** is a true and correct copy of excerpts of a spreadsheet produced in this action bearing Bates number MHC_00074693. A full native version of this spreadsheet will be transmitted to the Court separately.

15. Attached to this declaration as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the November 4, 2021 Deposition of Michael Roche, an Author Liaison at McGraw Hill for a period prior to the Deposition. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

16. Attached to this declaration as **Exhibit 14** is a true and correct copy of excerpts of McGraw Hill's Amended Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, served on January 20, 2026.

17. Attached to this declaration as **Exhibit 15** is a true and correct copy of excerpts of McGraw Hill's Amended Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories, served on October 21, 2025.

18. Attached to this declaration as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the October 27, 2021 Deposition of Jared Harless, Vice President of McGraw Hill's Custom Courseware Group as of the time of the Deposition. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

19. Attached to this declaration as **Exhibit 17** is a true and correct copy of excerpts of the transcript of the June 4, 2025 Deposition of Michael Ross, Plaintiffs' Industry Expert. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

20. Attached to this declaration as **Exhibit 18** is a true and correct copy of excerpts of a document produced in this action bearing Bates numbers MHC_00106146-73, titled "McGraw Hill Connect: Driving Better Outcomes for Students and Educators, 2025 Connect Effectiveness Study" and published by McGraw Hill in 2025.

21. Attached to this declaration as **Exhibit 19** is a true and correct copy of excerpts of a document produced in this action bearing Bates numbers MHC_00000016-021, titled "Case Study: Economics – North Virginia Community College Manassas Campus" and published by McGraw Hill in 2016.

22. Attached to this declaration as **Exhibit 20** is a true and correct copy of excerpts of a document produced in this action bearing Bates numbers MHC_00037213-19, titled "Case Study: Spanish – West Virginia University" and published by McGraw Hill in 2021.

23. Attached to this declaration as **Exhibit 21** is a true and correct copy of excerpts of a document produced in this action bearing Bates numbers MHC_00044787-5290, titled "2020 Course Survey Principles of Economics" and published by McGraw Hill in 2020.

24. Attached to this declaration as **Exhibit 22** is a true and correct copy of excerpts of a document produced in this action bearing Bates numbers MHC_00041714-957, titled "2020 Course Survey Human Resources Management" and published by McGraw Hill in 2020.

25. Attached to this declaration as **Exhibit 23** is a true and correct copy of excerpts of a document produced in this action bearing Bates numbers MHC_00074182-486, titled "2023 Course Survey Introduction to Psychology" and published by McGraw Hill in 2023.

26. Attached to this declaration as **Exhibit 24** is a true and correct copy of a document produced in this action bearing Bates number MHC_00074640, marked as Exhibit 133 at the June

12, 2025 Deposition of Brian Coovert, Associate Director of McGraw Hill's Solution Services as of the time of the Deposition.

27. Attached to this declaration as **Exhibit 25** is a true and correct copy of a document produced in this action bearing Bates numbers MHC_00055476-87, marked as Exhibit 118 at the October 8, 2021 Deposition of Stephen Wroblewski.

28. Attached to this declaration as **Exhibit 26** is a true and correct copy of excerpts of the transcript of the June 12, 2025 Deposition of Brian Coovert. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

29. Attached to this declaration as **Exhibit 27** is a true and correct copy of excerpts of the transcript of the January 31, 2022 Deposition of Michael Ryan, President of McGraw Hill Higher Education as of the time of the Deposition. An electronic, text-searchable courtesy copy of the entire transcript will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

30. Attached to this declaration as **Exhibit 28** is a true and correct copy of a document produced in this action bearing Bates number MHC_00118597, which is an internal McGraw Hill document titled "eBook Standalone Offer – November 2018."

31. Attached to this declaration as **Exhibit 29** is a true and correct copy of a screenshot of McGraw Hill's Connect platform "assignments" webpage for Karlan and Morduch's *Economics* title, which was marked as Exhibit 151 at the June 17, 2025 Deposition of Nathan Olson.

32. Attached to this declaration as **Exhibit 30** is a true and correct copy of a screenshot of McGraw Hill's Connect platform webpage for Karlan and Morduch's *Economics* title, which was marked as Exhibit 152 at the June 17, 2025 Deposition of Nathan Olson.

33. Attached to this declaration as **Exhibit 31** is a true and correct copy of a screenshot of McGraw Hill's Reader application webpage for Karlan and Morduch's *Economics* title, which was marked as Exhibit 153 at the June 17, 2025 Deposition of Nathan Olson.

34. Attached to this declaration as **Exhibit 32** is a true and correct copy of a screenshot of McGraw Hill's My Bookshelf webpage, which was marked as Exhibit 160 at the June 17, 2025 Deposition of Nathan Olson.

35. Attached to this declaration as **Exhibit 33** is a true and correct copy of a screenshot of McGraw Hill's My Bookshelf webpage, which was marked as Exhibit 162 at the June 17, 2025 Deposition of Nathan Olson.

36. Attached to this declaration as **Exhibit 34** is a true and correct copy of a screenshot of McGraw Hill's SmartBook webpage, which was marked as Exhibit 155 at the June 17, 2025 Deposition of Nathan Olson.

37. Attached to this declaration as **Exhibit 35** is a true and correct copy of a screenshot of McGraw Hill's SmartBook webpage, which was marked as Exhibit 156 at the June 17, 2025 Deposition of Nathan Olson.

38. Attached to this declaration as **Exhibit 36** is a true and correct copy of a screenshot of the SmartBook hyperlink on McGraw Hill's Connect platform webpage, which was marked as Exhibit 154 at the June 17, 2025 Deposition of Nathan Olson.

39. Attached to this declaration as **Exhibit 37** is a true and correct copy of excerpts of a spreadsheet produced in this action bearing Bates number MHC_00074641. A full native version of this spreadsheet will be transmitted to the Court separately.

40. Attached to this declaration as **Exhibit 38** is a true and correct copy of excerpts of the April 1, 2025 Declaration of Margery Mayer. An electronic, text-searchable courtesy copy of

Ms. Mayer's entire declaration will be transmitted to the Court separately pursuant to Judge Schofield's Individual Rule III.B.3.

41. Attached to this declaration as **Exhibit 39** is a true and correct copy of excerpts of a spreadsheet produced in this action bearing Bates number MHC_00074824. A full native version of this spreadsheet will be transmitted to the Court separately.

42. Attached to this declaration as **Exhibit 40** is a true and correct copy of a screenshot, created on January 14, 2026, of McGraw Hill's sale webpage for Sean Flynn's *Economics* textbook, with purchase options of ebook only, print, ebook with access to the Connect platform, or for a 60-day rental.

43. Attached to this declaration as **Exhibit 41** is a true and correct copy of a screenshot, created on January 14, 2026, of McGraw Hill's sale webpage for Flynn's *Economics* textbook, with the "Ebook" tab of the "Purchase Options" selected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 22, 2026
New York, New York

Saul B. Shapiro