# EXHIBIT 1

1

# ⟨ PUBLISHING AGREEMENT ⟩

C-3-050185

Name(s):
Campbell R. McConnell
Department of Economics
University of Nebraska
Lincoln, NE  68588-0489

Stanley L. Brue
Department of Economics
Pacific Lutheran University
Tacoma, WA  98447

(the "Author") shall prepare and deliver to the McGraw-Hill Book Company, a division of McGraw-Hill, Inc. (the "Publisher"), a manuscript for a work entitled

ECONOMICS:  Principles, Problems, and Policies, 11th Edition

(the "Work") or such other title as may be mutually agreeable to the Publisher and the Author, and the Publisher shall publish the Work, in accordance with and subject to the provisions of this Agreement dated   May 22   , 19 89 .

## 1  MANUSCRIPT PREPARATION AND DELIVERY

a. The Author shall prepare and deliver to the Publisher on or before February 1 , 1989 , two complete, clean copies of a manuscript for the Work in double-spaced typewritten form on 8½- by 11-inch or metric size A4 sheets or as may otherwise be specified by the Publisher. The manuscript for the Work shall be acceptable to the Publisher in both form and content for publication. It shall be approximately 1300 pages in length and shall include 350** illustrations, including parts, as well as such other material as the Publisher may reasonably specify for the Work, including copy for the title page, table of contents, preface, index, tables, and bibliographies. The Author shall retain at all times before publication of the Work one complete copy of the manuscript for the Work.      **approximately

b. The Author shall obtain, without expense to the Publisher, written permission to include in the Work any copyrighted material which is not in the public domain as well as any other material for which permission is necessary in connection with the Author's warranty in Section 4 of this Agreement. These permissions must be consistent with the rights granted to the Publisher in this Agreement in order that they may cover all the uses to which the material may eventually be put. The Author shall deliver to the Publisher a copy of all these permissions with the complete manuscript.

c. The Author shall notify the Publisher in writing of the existence and location of all material taken from documents prepared and published by the United States government, and therefore not subject to copyright, when it constitutes a significant portion of the Work.

d. Within a reasonable time after receipt of the complete manuscript, the Publisher shall either accept it or, if it is not acceptable in form or content as provided by this Agreement, return it to the Author for correction or revision within the reasonable time specified by the Publisher.

e. In the event the Author fails to deliver the complete manuscript within sixty days after the delivery date specified in this Agreement, or the Author fails or refuses to perform any correction or revision of the manuscript within the time specified by the Publisher, the Publisher shall have the right, in its discretion: (1) to give the Author written notice of its intention to terminate this Agreement, in which event the Author shall promptly reimburse the Publisher for all sums advanced to the Author against royalties under this Agreement, and upon such reimbursement this Agreement shall terminate; or (2) to make such other arrange-

MHC_00000036

C-3-050185                                                                    3

## 6 PUBLICATION OF THE WORK

After giving written notice to the Author that it has accepted the Work as being in form and content satisfactory for publication, the Publisher shall publish the Work at its own expense at such time and in such style and manner and with such trademarks, service marks, and imprints of the Publisher, and sell the Work at such prices, as it shall deem suitable. The Publisher shall publish the Work with a copyright notice and register the Work in the name of the Publisher in compliance with the United States copyright laws.

## 7 ROYALTIES

a. As full payment to the Author, the Publisher shall pay to the Author the following royalties:

| | |
|---|---|
| **Domestic Sales** | (1) A percentage of the Publisher's net receipts for each copy of the Work sold by the Publisher for use within the United States (except as otherwise provided in this Section 7), as follows:<br><br>18.75 percent on all copies<br><br>The number of copies sold that determines the royalty percentage payable on sales for use within the United States shall include all domestic and foreign sales made by the Publisher. This schedule of royalty percentages shall apply separately to each edition of the Work. |
| **Foreign Sales** | (2) 7.5 percent of the Publisher's domestic list price for each copy of the Work sold by the Publisher to the McGraw-Hill International Book Division or to third parties for use outside the United States |
| **Direct Marketing** | (3) 5 percent of the Publisher's domestic list price for each copy of the Work sold through the mails directly to consumers |
| **Publisher's Book Clubs** | (4) 5 percent of the Publisher's net receipts for each copy of the Work sold through the Publisher's own book clubs |
| **Sale of Rights** | (5) 50 percent of the Publisher's receipts from the sale, assignment, or licensing to others, including the Publisher's subsidiaries, of any rights to the Work or any part of it except (i) where the Publisher provides services to a licensee in connection with the licensee's exercise of database or electronic rights, the percentage payable to the Author may be reasonably adjusted by the Publisher to reflect the cost of those services but shall in no event be less than 25 percent; and (ii) on sales of International Student Editions by McGraw-Hill International Book Division subsidiaries, 7½ percent of the subsidiary's list price of each copy sold |
| **Exercise of Other Rights by Publisher** | (6) 10 percent of the Publisher's net receipts from exercise by Publisher of any rights to the Work or any part of it for which a royalty is not otherwise provided in this Section 7 |

b. No royalty or other payment shall be due for (1) any copies of the Work, or a derivative work, which are sold by the Publisher at the Publisher's manufacturing cost or less; (2) supplementary materials distributed with but not sold separately from the Work; (3) any copies of the Work or a derivative work or selections from it furnished by the Publisher to others without payment for the purposes of promotion or publicity or for any other purpose deemed appropriate by the Publisher in its sole discretion; and (4) any not-for-profit publication of the Work or a derivative work in Braille or in special editions for the physically or visually handicapped.

c. For royalties that are based on the Publisher's domestic list price of all copies sold, the total of these sales shall be reduced by the amount of credits and returns, or a reasonable reserve for returns. The term "Publish-

MHC_00000038

4                                                                              C-3-050185

er's net receipts" shall mean the Publisher's selling price, less discounts, credits, and returns, or a reasonable reserve for returns.

d. Within 60 ~~90~~ days after June 30 and December 31 each year, the Publisher shall render a statement of the number of copies of the Work sold and the amount payable to the Author under this Agreement semiannually through June 30 and December 31 and make settlement for the amount due.

e. If there are multiple authors under this Agreement, the royalties to be paid shall be divided among them as follows:

<div align="center">See Section 14</div>

If the division of royalties is not specified at the time this Agreement is made, the division may be specified later in a letter signed by all the authors and delivered to the Publisher before publication of the Work.

f. Any sums owing from the Author to the Publisher, whether or not arising out of this Agreement, may be charged against any sums accruing to the Author under this Agreement or under any other agreement between the Author and the Publisher. If there are multiple authors under this Agreement, sums owing from a particular author may be charged only against sums accruing to that author.

g. The rights for all portions of any royalties relinquished under Section 1 or 9 shall revert to the Publisher and shall be owned by the Publisher unless and until reallocated to new author(s).

## 8 AUTHOR'S COPIES

The Publisher shall give the Author 10 copies of the Work upon publication, free of charge, and sell to the Author as many additional copies as the Author wishes for personal use, and not for resale, at a discount of 25 percent off the Publisher's then list price, f.o.b. the Publisher's warehouse. If there are multiple authors under this Agreement, each author shall receive 10 copies.

## 9 REVISED EDITIONS

a. At the Publisher's request, the Author shall prepare and deliver a manuscript for a revised edition of the Work. Subject to the provisions of this Section, each revised edition shall be deemed to be covered by this Agreement to the same extent as if it were the Work referred to in this Agreement.

b. If the Author fails for any reason to prepare and deliver a manuscript for a revised edition within the reasonable time specified by the Publisher and as provided in this Agreement, the Publisher may make such arrangements for the preparation of the revision as the Publisher shall consider appropriate and charge the reasonable cost of doing so against sums accruing to the Author under this Agreement. In the Publisher's reasonable discretion, this charge may be in the form of a fee and/or a percentage of the Author's royalty for this revised edition or percentages for this revised edition and future editions. If failure to revise the work is due to the Author's death, the Publisher shall also have the right, in its discretion, to terminate this Agreement with respect to the revised edition and any future editions. In that event the Author's estate shall be paid one-half of the sums which would have otherwise accrued to the Author for the revised edition if published and one-quarter for the next future edition, if any. Thereafter the Author's estate shall have no proprietary interest in the Work and no further right to royalties for it. If there are multiple authors under this Agreement, the provisions of this Section 9b apply only to the author(s) who do not prepare the revised edition of the Work as provided in Section 9a. The Publisher shall retain the right, in its discretion, to use any Author's name in connection with any edition of the Work even though the Author has not participated in the preparation of that edition.

## 10 OUT OF PRINT

a. When in the judgment of the Publisher the demand for the Work is no longer sufficient to warrant its continued publication, the Publisher shall have the right to discontinue publication and declare the Work out of print, in which event the Author shall be so advised.

b. If the Work is not for sale in at least one edition (including any revised edition or reprint edition) published by the Publisher or under license from the Publisher and, within eight months after written demand by the

MHC_00000039



<div style="border:2px solid">

## AMENDMENT

</div>

CW2250425

Amendment dated **January 30, 2017** ("**Amendment**") to the Publishing Agreement dated **May 22, 1989** (as amended, the "**Agreement**") between **McGraw-Hill Global Education Holdings, LLC, successor-in-interest to The McGraw-Hill Companies, Inc.** (the "**Publisher**"), and **Campbell R. McConnell (now an Inactive Author)**, **Stanley L. Brue, and Sean M. Flynn** (collectively, the "**Author**") for a work entitled **"Economics: Principles, Problems, and Policies"** (the "**Work**").

### Recitals

WHEREAS, the Work is currently in its twentieth edition (the "Twentieth Edition"); and

WHEREAS, Stanley L. Brue did not participate as an Author on the Twentieth Edition and is now considered an Inactive Author (as that term is defined in the May 4, 2005 amendment to the Agreement) effective with the Twentieth Edition; and

WHEREAS, in accordance with Section 9 of the Agreement, the Publisher wishes to publish and the Active Author (as redefined below) has agreed to prepare a twenty-first edition of the Work (the "Twenty First Edition").

NOW THEREFORE, the parties agree as follows:

1. It is understood that Stanley L. Brue is now an Inactive Author of the Work effective with the Twentieth Edition. The only Active Author (as that term is defined in the May 4, 2005 amendment to the Agreement) of the Work commencing with the Twentieth Edition is Sean M. Flynn.

2. It is understood that the Active Author (as redefined herein) has prepared and delivered the complete manuscript for the Twenty First Edition to the Publisher.

3. Commencing with the Twentieth Edition (and retroactive to the first copy of the Twentieth Edition sold), the royalties and other amounts to be paid to the Author for the Work will be divided as follows:

(A) For the royalty payable on domestic sales of the Work pursuant to Section 7.a.(1) of the Agreement, the following percentage of the Publisher's net receipts:

| Edition | To Campbell R. McConnell as an Inactive Author or to his estate, if he is deceased | To Stanley L. Brue as an Inactive Author | To the estate of Stanley L. Brue, if he is deceased | To Sean M. Flynn as an Active Author |
|---|---|---|---|---|
| 20th | 3.75% | 8% | N/A | 7% |
| 21st | 3.75% | 6% | 4% | 9% or 11%* |
| 22nd | 3.75% | 3.5% | 1.5% | 11.5% or 13.5%* |
| 23rd | 3.75% | 1% | 0% | 14% or 15%* |
| 24th and subsequent editions | 3.75% | 0% | 0% | 15% |

**\*depending on the royalty share payable to Stanley L. Brue or his estate on such edition**

MHC_00000028

(B)    The total royalties payable to the Author pursuant to Sections 7.a.(2), (3), (4), (5) and (6) of the Agreement shall be divided as follows:

| Edition | To Campbell R. McConnell as an Inactive Author or to his estate, if he is deceased | To Stanley L. Brue as an Inactive Author | To the estate of Stanley L. Brue, if he is deceased | To Sean M. Flynn as an Active Author |
|---|---|---|---|---|
| 20th | 20% | 42.66% | N/A | 37.34% |
| 21st | 20% | 32% | 21.33% | 48% or 58.67%* |
| 22nd | 20% | 18.66% | 8% | 61.34% or 72%* |
| 23rd | 20% | 5.33% | 0% | 74.67% or 80%* |
| 24th and subsequent editions | 20% | 0% | 0% | 80% |

**\*depending on the royalty share payable to Stanley L. Brue or his estate on such edition**

(C)    In the event any additional Authors are added to the Agreement, the share payable to Sean M. Flynn as an Active Author shall be split between all Active Authors.

(D)    Upon the death of Stanley L. Brue, his heirs shall receive the royalty payable to Stanley L. Brue at the time of his death.  Royalties for the next edition prepared after Stanley L. Brue's death shall be paid to his heirs as set forth in the tables above.

(E)    After the total royalties payable to an Author's estate reaches zero, the Author's estate shall have no proprietary interest in the Work and no further right to royalties from it.

Except as expressly amended hereby, the Agreement shall remain in full force and effect.

**The following parties have executed this Amendment.**

**The Author**

By: *Campbell R. McConnell*
Campbell R. McConnell        Date
as an Inactive Author        2/19/17

DocuSigned by:
By: *Stanley L. Brue*    February 21, 2017
Stanley L. Brue    Date
as an Inactive Author

DocuSigned by:
By: *Sean M. Flynn*    February 22, 2017
Sean M. Flynn    Date
as an Active Author

**McGraw-Hill Global Education Holdings, LLC**

DocuSigned by:
By: *Katie Hoenicke*    February 22, 2017
Katie Hoenicke    Date
Senior Brand Manager

DocuSigned by:
By: *Susan Gouijnstook*    February 24, 2017
Susan Gouijnstook    Date
Managing Director

DocuSigned by:
By: *Michael Ryan*    February 28, 2017
Michael Ryan    Date
Vice President, Portfolio & Learning Content

2

MHC_00000029