# EXHIBIT 2

The McGraw·Hill Companies

 **Higher Education**

## PUBLISHING AGREEMENT

Agreement dated November 12, 2008, between The McGraw-Hill Companies, Inc. (the "Publisher") and Dean Karlan and Jonathan Morduch (collectively, the "Author").

*Rights*
*Granted*

1. The Author agrees to prepare for publication a work tentatively titled *Principles of Economics*, which includes the two-semester *Principles of Economics* work and the one-semester split versions of the work, tentatively titled *Principles of Microeconomics* and *Principles of Macroeconomics*, respectively, and both collectively, known as the "Work".

Subject to the terms hereof, the Author hereby grants, transfers and assigns solely and exclusively to the Publisher the Work and all rights (including all copyrights and renewals, extensions and continuations of copyrights) in the Work throughout the world.  This grant includes, but is not limited to, the right to reproduce, print, distribute, display, perform, market, promote, publish, license and sell the Work and all versions, revisions, editions and derivatives of the Work now in existence or hereafter created, in whole or in part, and in all languages and in all forms, formats and media now known or hereafter developed, including, without limitation, by any electronic or digital means, or as part of an electronic database, and the right to license or permit third-parties to exercise any and all such rights.   The terms of this Paragraph 1 shall apply to all Ancillary Materials prepared and delivered by the Author under Paragraph 8(B) below.

*Manuscript*
*Delivery*

2. The Author agrees to deliver to the Publisher a complete and final manuscript, acceptable to the Publisher in form and content for publication and ready for production, on or before March 1, 2012 (the "Delivery Date").  The Author agrees that the two-semester version of the Work in print form will consist of approximately 800 printed book pages.

*Royalties*

3. The Publisher will pay the Author a royalty of 17% of the Publisher's net receipts from the sale of all print, custom and electronic editions of the "Work", except as otherwise provided in this Agreement.  The foregoing notwithstanding, if total sales of an edition of the Work equal or exceed 50,000 but are less than 70,000 copies in the first twelve months after publication of that edition, the royalty rate payable for the life of that edition shall be 18% for all copies sold of that edition, retroactive to the first copy sold of that edition; and, if total sales of an edition of the Work  equal or exceed 70,000 copies in the first twelve months after publication of that edition, the royalty rate payable for the life of that edition shall be 19% for all copies sold of that edition, retroactive to the first copy sold of that edition.  Royalties will be divided as follows: 50% to Dean Karlan and 50% to Jonathan Morduch.  Any provision herein to the contrary notwithstanding, the terms of this Paragraph 3 shall apply only to sales of domestic print, custom and electronic editions of the Work and no sales of any other editions or versions of the Work shall be included for purposes of calculating royalties payable under this Paragraph 3.

Karlan.Morduch.Agreement                                  1

sustained by a court judgment or (ii) a settlement that the Author has agreed to. The Publisher will have the right to assume and control the defense and/or settlement of any such claim, action or proceeding with counsel selected by the Publisher, provided the Author will not be responsible for indemnifying any settlement made without the Author's approval, which will not be unreasonably withheld. Until such claim, action or proceeding has been settled or withdrawn, the Publisher may withhold any sums due the Author hereunder. The Author will fully cooperate with the Publisher in the defense of any such claim, action or proceeding and may join in such defense with counsel selected and paid for by the Author.

(C) Subject to the last sentence of this Section 9(C), the Publisher will indemnify and hold harmless the Author, its licensees and any sellers of the Work from and against all losses, claims, damages, liabilities and expenses, including reasonable attorneys' fees and costs of settlement, arising from the New Author Material. The Author will have the right to assume and control the defense and/or settlement of any such claim, action or proceeding with counsel selected by the Author, provided the Publisher will not be responsible for indemnifying any settlement made without the Publisher's approval, which will not be unreasonably withheld. As used herein, the term "New Author Material" shall refer to content included in the Work or any Revision from a third-party contributor, the items prepared by third-party contributors under Paragraph 8(B) above and any advertising, marketing or promotional material for the Work or any Revision, which was prepared by a party other than Authors Dean Karlan and/or Jonathan Morduch. For the avoidance of doubt, "New Author Materials" does not include material contributed to the Work by expert freelancers.

(D) The representations, warranties and indemnities contained in this Agreement, and the Publisher's obligation to pay royalties to the Author hereunder, will survive termination of this Agreement for any reason.

*Manuscript Acceptance and Publication*

10. (A) After the Publisher's acceptance of the complete, final revised manuscript, the Publisher will publish the Work in book and/or electronic form at its own expense. All decisions as to style of printing, paper and binding, trademark, logo or imprint, single or multiple volume format, design and programming of electronic editions, selection of title and cover, price(s) and all other matters involving terms of sale, distribution, advertising, promotion, appearance, design and format of the Work will be made by the Publisher in its sole discretion; provided the Publisher shall consult with the Author regarding the sales price, title, authorship credit, jacket design, use of the Author's name and likenesses in the Work and in marketing materials. The Publisher will publish the Work with a copyright notice in the name of the Publisher.

(B) It is understood that acceptance of the Work for publication by the Publisher will be determined by the Publisher in its sole judgment based on its analysis of the Work's form and content.

(C) The Publisher and its licensees may, in consultation with the Author, display and use the name, biographical material and likeness of the Author on the Work and in any promotional materials used to market the Work.

*Other Royalties*

11. With respect to the specific sales or uses of the Work listed below, the Publisher agrees to pay the Author royalties as follows:

(i)    International Sales. 15% of the Publisher's net receipts from each copy of the domestic print or electronic edition of the Work sold by the Publisher for use outside the United States to an international subsidiary, branch, affiliate or division of the Publisher or to a third-party;

(ii)    International Student Editions. 15% of the local international net selling price from each copy of an International Student Edition ("ISE") of the Work sold by an international subsidiary, branch, affiliate or division of the Publisher;

(iii)    Sales to Individuals Directly through Mail Campaigns and through Book Clubs. 5% of the Publisher's net receipts from each print or electronic copy of the Work sold by the Publisher to individuals through direct mail campaigns, special promotions and book clubs;

MHC_00000061

(iv) <u>Domestic Sales in Secondary School Market</u>. 5% of the Publisher's net receipts from each copy of the domestic print or electronic edition of the Work sold to secondary schools and school districts in the United States; and

(v) <u>License of Subsidiary Rights; Permission Grants</u>. Except as otherwise provided herein, 50% of the amount received by the Publisher from (i) any license by the Publisher to an affiliate, subsidiary, branch or division of the Publisher outside the United States or to a third-party of any rights transferred to the Publisher under this Agreement or (ii) any permission the Publisher grants to a third-party to use or quote portions of the Work in such third-party's publication.

*Payment Matters*

12. (A) <u>Payment</u>. Within 90 days after June 30 and December 31 each year, the Publisher will render a statement of sales and licensing of the Work and the amount payable to the Author under this Agreement, after recoupment of all amounts payable as advances to the Author hereunder, semiannually through June 30 and December 31, and make settlement for the amount due. Any sums owing from the Author to the Publisher, whether or not arising out of this Agreement, may be charged against any sums accruing to the Author under this Agreement between the Author and the Publisher. If there are multiple Authors under this Agreement, sums owing from an individual Author will be charged only against sums accruing to that Author. The Author shall have the right to audit the Publisher's books and records as same pertain exclusively to the calculation of royalties payable hereunder provided any such audit (i) may be conducted no more frequently than once every eighteen (18) months hereunder; (ii) shall be conducted during the Publisher's normal business hours and so as not to disrupt the Publisher's normal business operations; (iii) may be conducted on no less than  ninety (90) days' prior written notice to the Publisher; and (iv) shall be conducted by certified public accountants retained at the expense of the Author, unless such audit reveals that the Publisher has underpaid the Author's royalties by more than five (5%) percent for the periods audited, in which event the Publisher shall pay the reasonable fees (but not the expenses) of said certified public accountants. In the event the audit indicates that there have been any overpayments or underpayments in the Author's royalty payments for the audited period, the Publisher shall make any such adjustments in the royalty period following the one in which the audit was conducted.

(B) <u>Allocation on Custom, Primis and Bundled Products</u>. For uses of portions of the Work in custom or Primis editions or products, the Author's royalty will be proportionately based upon the amount of material from the Work included in the product compared to all material in such product. If, however, in the Publisher's good faith judgment, only a permission fee is justified due to the amount of material from the Work used in the product, the Author will be entitled only to payment of an amount equal to 50% of the permission fee the Publisher would have charged a third-party for said usage. For sales of the Work as part of a bundle with other products, the Author's royalty will be based pro rata on the prices of the bundled products.

(C) <u>No Royalties Payable</u>. No royalty or other payment will be due for (1) any copies of the Work, or a derivative work, in any form or media, which are distributed free of charge or at or below cost; (2) ancillary or supplementary materials prepared by the Author or others distributed free of charge or at or below cost in connection with the Work; (3) any copies of the Work, or a derivative work, or selections from it furnished by the Publisher to others without payment for the purposes of promotion or publicity or for any other purpose deemed appropriate by the Publisher in its sole discretion; and (4) any not-for-profit publication of the Work or a derivative work, or any material therefrom, in Braille or in special editions for the physically or visually handicapped.

(D) <u>Certain Definitions</u>.

(i) <u>"Net Receipts"</u>. "Net receipts" from the Work means the Publisher's selling price from each copy of any edition or version of the Work sold or licensed by the Publisher, after any discounts, rebates and amounts credited for returns, and less a reasonable reserve for future returns, and shall not include shipping or handling charges or sales, excise, value added or similar taxes, if any.

(ii) <u>"Local international net selling price"</u>. "Local international net selling price" means the price set by

Karlan.Morduch.Agreement                                  5