# EXHIBIT 29

Classes in Connect

EXHIBIT
Exhibit 151 6/17/25 CK

newconnect.mheducation.com/student/class/section/151312667

ADP PACER Nuix Law 360 Verteris Lexis Westlaw Lex Machina ESG PLI - CLE CourtLink Docket S... All Bookmarks

MENU

KARLAN, ECONOMICS, 2024 RELEASE - KARLAN, ECONOMICS, 2024 RELEASE

## Instructor

Instructor 123

## Course materials

**Rent the book**
Rent a bound print version of your course text.

**Loose-leaf Purchase**
Purchase a discounted loose-leaf copy of your course text.

## Read

Economics
Release: 2024
Dean Karlan

Download the mobile app to read offline.

**Study Better with Sharpen**
Open Sharpen for bite-sized quizzes, videos, and flashcards. 5 minutes is all you need to boost your grades.

## Assignments

**Connect Orientation Videos**
Practice
LATE Start: Jul 23, 2020 at 4:50 PM EDT Due: Jan 1, 2025 at 12:59 AM EDT
Karlan, Economics, 2024 Release | Karlan, Economics, 2024 Release

**Smartbook Orientation Videos**
Practice
LATE Start: Jul 23, 2020 at 4:51 PM EDT Due: Jan 1, 2025 at 12:59 AM EDT
Karlan, Economics, 2024 Release | Karlan, Economics, 2024 Release

**Economics Orientation Videos**
Practice
LATE Start: Jul 23, 2020 at 4:48 PM EDT Due: Jan 1, 2025 at 12:59 AM EDT
Karlan, Economics, 2024 Release | Karlan, Economics, 2024 Release

**Succeeding in Your Online Course**
RECHARGE Start: Jul 23, 2020 at 5:48 PM EDT Due: Jan 1, 2025 at 12:59 AM EDT
Karlan, Economics, 2024 Release | Karlan, Economics, 2024 Release

**Chapter 1: Economics and Life**
SB
RECHARGE Start: Jul 22, 2020 at 3:56 PM EDT Due: Jan 1, 2025 at 12:59 AM EDT
Karlan, Economics, 2024 Release | Karlan, Economics, 2024 Release