## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 3000

401 UNION STREET

SEATTLE, WASHINGTON 98101-2683

(206) 516-3880

FAX (206) 516-3883

WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 1400 | ONE MANHATTAN WEST |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | NEW YORK, NEW YORK 10001-8602 |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | (212) 336-8330 |
| (713) 651-9366 | (310) 789-3100 | |

ALEX AIKEN
DIRECT DIAL (206) 505-3813

E-MAIL AAiken@SUSMANGODFREY.COM

March 5, 2026

**By ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

By **March 10, 2026,** Defendants shall file a letter stating the extent to which they seek to seal the referenced documents and the reasons justifying sealing for each document.

Dated: March 6, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Flynn v. McGraw Hill LLC,* **No. 21-cv-614-LGS (S.D.N.Y) [Consolidated with No. 21-cv-1141-LGS] – Letter Motion to File Documents Under Seal**

Dear Judge Schofield:

Pursuant to Section I.D. of Your Honor's Individual Practices and Paragraph 17 of the Stipulated Protective Order (ECF No. 48), Plaintiffs respectfully seek leave to file under seal their (1) Opposition to Defendants' Motion for Summary Judgment ("Opposition"); (2) Plaintiffs' Response to Defendants' Statement of Material Facts and Plaintiffs' Statement of Additional Material Facts in Opposition to Defendants' Motion for Summary Judgment ("Counterstatement"); and (3) supporting Exhibits PX1, PX2, PX3, PX4, PX9, PX10, PX11, PX12, PX13, PX14, PX15, PX16, PX17, PX18, PX19, PX20, PX21, PX25, PX26, PX27, PX28, PX29, PX30, PX31, PX32, PX33, PX34, PX35, PX36, PX37, PX38, PX39, PX41, PX42, PX43, PX44, PX45, PX46, PX47, PX48, PX49, PX50, PX51, PX52, PX53, PX54, PX55, PX56, PX59, PX60, PX62, and PX86.

Plaintiffs' Opposition and Counterstatement quote documents and deposition testimony McGraw Hill has designated "confidential" or "highly confidential" under the Stipulated Protective Order, and the exhibits sought to be sealed have been designated "confidential" or "highly confidential" by McGraw Hill under the Stipulated Protective Order. Plaintiffs will file unredacted versions via ECF using the "Selected Parties" viewing level and a redacted versions publicly. Plaintiffs take no position as to whether redactions or sealing are appropriate.

March 5, 2026
Page 2

     A list of parties and counsel who should be granted access to the redacted material is listed in Appendix 1.


Respectfully,


Alexander W. Aiken


Cc:    All attorneys of record, via ECF

March 5, 2026
Page 3

## Appendix 1

**Parties Who Should Have Access to the Sealed Documents:**
Sean Flynn
Jonathan Morduch
Dean Karlan
David Myers
Jean Twenge
McGraw Hill LLC
McGraw Hill Education, Inc.

**Attorneys of Record Who Should Have Access to the Sealed Documents:**
All counsel of record