UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SEAN FLYNN et al.,

                             Plaintiffs,

                 -against-

MCGRAW HILL LLC and MCGRAW HILL
EDUCATION, INC.,

                        Defendants.

-------------------------------------------------------------X

21 Civ. 614 (LGS)

**ORDER**

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Defendants request oral argument on the pending motion for summary judgment.  Defendants state that, "If oral argument is granted . . . an associate . . . who graduated law school fewer than five years ago[] will argue the motion on McGraw Hill's behalf."  It is hereby

**ORDERED** that, by **July 6, 2026**, Plaintiffs shall file a letter stating which attorney Plaintiffs anticipate would present argument in the event oral argument is scheduled on Defendants' motion for summary judgment and the number of years since that attorney graduated from law school.

Dated:  June 29, 2026
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**